No. 298. MELÉNDEZ *v.* ALONSO.—Appeal from the District Court of Ponce. Motion to dismiss the appeal. Decided June 22, 1908. Appeal dismissed for noncompliance with sections 299 of the Code of Civil Procedure and 50 of the Rules of the Supreme Court. *Mr. Dapena* for petitioner. *Mr. Sepúl-veda* for adverse party.

No. 299. ALONSO *v.* MELÉNDEZ.—Appeal from the District Court of Ponce. Motion to dismiss the appeal. Decided June 22, 1908. Appeal dismissed for noncompliance with sections 299 of the Code of Civil Procedure and 50 of the Rules of the Supreme Court. *Mr. Dapena* for petitioner. *Mr. Sepúlveda* for adverse party.

No. 300. SANTI *v.* MAYORAL HERMANOS.—Appeal from the District Court of Ponce. Motion to dismiss the appeal. Decided June 22, 1908. Appeal dismissed for noncompliance with sections 299 of the Code of Civil Procedure and 50 of the Rules of the Supreme Court. *Mr. Dapena* for the petitioner. *Messrs. Tord, Toro and Canales* for adverse party.

No. 301. MAYORAL HERMANOS *v.* CARRERAS.—Appeal from the District Court of Ponce. Motion to dismiss the appeal. Decided June 22, 1908. Appeal dismissed for noncompliance with sections 299 of the Code of Civil Procedure and 50 of the Rules of the Supreme Court. *Mr. Dapena* for petitioner. *Messrs. Tord, Toro and Canales* for adverse party.

